

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00500-CV

Texas Auto Salvage, Inc., Gary Hack, and Daniel Hack
v.
D D Ramirez, Inc., Danny Ramirez Recycling, Inc., San Antonio Auto & Truck Salvage,
Danny's Recycling & Precious Metals, LLC, Danny's Recycling, Inc., and Daniel
Delagarza Ramirez

On Appeal from the
37th District Court of Bexar County, Texas
Trial Court Cause No. 2010-CI-02500

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 14, 2021